IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| SHEET METAL WORKERS LOCAL 265 WELFARE FUND, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | CIVIL ACTION |
| vs. | ) ) | NO. 13 C 7531 |
| EDWARD M. FORTIN, d/b/a CLASSIC KITCHEN INSTALLATIONS, | ) ) ) | JUDGE JOHN R. BLAKEY |
| Defendant. | ) | |

## MOTION FOR ENTRY OF JUDGMENT

Plaintiffs, by and through their attorneys, default having been entered against the Defendant on January 7, 2014, request this Court enter judgment against Defendant, EDWARD M. FORTIN, d/b/a CLASSIC KITCHEN INSTALLATIONS. In support of that Motion, Plaintiffs state:

1. On January 7, 2014, this Court entered default against Defendant and granted Plaintiffs' motion for an order directing the Defendant to turn over its monthly fringe benefit contribution reports for the time period October 2012 through November 2013.

2. Since that time, Plaintiffs have been attempting to obtain the required monthly fringe benefit contribution reports from Defendant without success. However, the Plaintiff Funds recently obtained from the National Pension Fund hours worked by the Defendant for the months of May 2013, June 2013 and June 2014 through October 2014. Based on the hours provided by the National Pension Fund, Defendant is delinquent in contributions to the Plaintiff Funds in the amount of $4,776.08. (See Affidavit of Scott P. Wille).

3. Additionally, the amount of $955.22 is due for liquidated damages. (Wille Aff. Par. 5).

4. In addition, Plaintiffs' firm has expended the total amount of $1,836.50 in costs and $6,677.50 in attorneys' fees in this matter. (See Affidavit of Catherine M. Chapman).

5. Based upon the documents attached hereto, Plaintiffs request entry of judgment in the total amount of $14,245.30.

WHEREFORE, Plaintiffs respectfully request this Court to enter judgment in the amount of $14,245.30.

/s/ Cecilia M. Scanlon

Cecilia M. Scanlon
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL 60606-5231
Bar No.: 6288574
Telephone: (312) 216-2577
Facsimile: (312) 236-0241
E-Mail: cscanlon@baumsigman.com

I:\265J\Classic Kitchen\motion-judgment.cms.df.wpd

# CERTIFICATE OF SERVICE

The undersigned, an attorney of record, hereby certifies that she electronically filed the foregoing document (Motion for Entry of Judgment) with the Clerk of Court using the CM/ECF system, and further certifies that I have mailed the above-referenced document by United States Mail to the following non-CM/ECF participant on or before the hour of 5:00 p.m. this <u>31st</u> day of <u>March 2015</u>:

> Mr. Edward M. Fortin
> Classic Kitchen Installations
> 7314 Western Avenue
> Woodridge, IL 60517-4966

                                      /s/ Cecilia M. Scanlon

Cecilia M. Scanlon
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL 60606-5231
Bar No.: 6288574
Telephone: (312) 216-2577
Facsimile: (312) 236-0241
E-Mail: cscanlon@baumsigman.com

I:\265J\Classic Kitchen\motion-judgment.cms.df.wpd